193 So.2d 523

**Paul J. MARTIN**

**v.**

**Anthelia C. MARTIN (Watkins).**

No. 48479.

Jan. 16, 1967.

In re: Paul J. Martin applying for writs of prohibition, mandamus and certiorari.

Writs refused. The showing made does not justify the exercise of our supervisory jurisdiction. See Morton v. Kirby, 249 La. 773, 191 So.2d 314.

McCALEB, J., concurs.

193 So.2d 523

*Succession of Mathilde* **BILLIOT.**

No. 48481.

Jan. 16, 1967.

In re: Diamond Four Corporation et al. applying for certiorari, or writ of review,

to the Court of Appeal, First Circuit, Parish of Lafourche, 191 So.2d 653.

Writ denied. According to the facts found by the Court of Appeal the result is correct.